UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA HERNANDEZ,<br><br>   Plaintiff(s),<br><br>  vs.<br><br>CENTURY 21 GEORGE REALTY, ET AL.,<br><br>   Defendant(s). | CASE NO. CV 06-05713-MMM(PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: December 31, 2007

                _/s/ Margaret M. Morrow_
                MARGARET M. MORROW
                UNITED STATES DISTRICT JUDGE